**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-7077

CORVIN J. YOUNG,

　　　　　Plaintiff - Appellant,

　　v.

SPARTANBURG COUNTY DETENTION FACILITY; SPARTANBURG COUNTY, SOUTH CAROLINA; SHERIFF CHUCK WRIGHT, County Sheriff; KATHERINE M. SIEBER, Esq., Public Defender; MOLLY H. CHERRY, Federal Magistrate Judge; DEPUTY MEDVEDEV, Spartanburg County Sheriff's Office,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Mary G. Lewis, District Judge.  (6:23-cv-02378-MGL)

Submitted:  February 27, 2024　　　　　　　　　　Decided:  March 1, 2024

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Corvin J. Young, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corvin Young appeals the district court's order dismissing his 42 U.S.C. § 1983 action. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge recommended that relief be denied and advised Young that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985). Young has waived appellate review by failing to file objections to the magistrate judge's recommendation after receiving proper notice. Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2